NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MYTEE PRODUCTS, INC.,**
*Plaintiff-Appellant,*

v.

**HARRIS RESEARCH, INC.,**
*Defendant-Cross Appellant,*

AND

**DOES 1 THROUGH 20,**
*Defendants.*

---

2010-1207, -1226

---

Appeals from the United States District Court for the Southern District of California in case no. 06-CV-1854, Magistrate Judge Cathy Ann Bencivengo.

- - - - - - - - - - - - - - - - - - - - - -

**MYTEE PRODUCTS, INC.,**
*Plaintiff-Appellant,*

v.

**HARRIS RESEARCH, INC.,**
*Defendant-Appellee,*

AND

**DOES 1 THROUGH 20,**
*Defendants.*

---

2010-1457

Appeal from the United States District Court for the Southern District of California in case no. 06-CV-1854, Magistrate Judge Cathy Ann Bencivengo.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Mytee Products, Inc. moves to treat the above-captioned cases as companion cases for purposes of oral argument and to remove 2010-1457 from the April argument calendar.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The cases will be rescheduled on a subsequent argument calendar as companion cases.

FOR THE COURT

MAR 1 8 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony J. Dain, Esq.
    Shaun L. Peck, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2011

JAN HORBALY
CLERK